1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MOHAMMAD REZA ABDOLLAHI, et al., <br>             Plaintiffs, | No. 2:02-cv-2488 FCD JFM |
| v. | **RELATED CASE ORDER** |
| COUNTY OF SACRAMENTO, et al., <br>             Defendants. <br>_____/ | |
| ESTATE OF MATTHEW MCEVERS, et al., <br>             Plaintiffs, | No. 2:06-cv-2161 FCD JFM |
| v. | |
| COUNTY OF SACRAMENTO, et al., <br>             Defendants. <br>_____/ | |
| ESTATE OF HARRY MCEVERS, <br>             Plaintiff, | No. 2:06-cv-2864 FCD JFM PS |
| v. | |
| COUNTY OF SACRAMENTO, et al., <br>             Defendants. <br>_____/ | |
| ROCIO ALVARADO, <br>             Plaintiff, | No. 2:07-cv-0661 FCD JFM |
| v. | |
| COUNTY OF SACRAMENTO, et al., <br>             Defendants. <br>_____/ | |

```
LORRAINE SERVANTEZ,
            Plaintiff,
                                          No. 2:07-cv-1492 FCD KJM
    v.

COUNTY OF SACRAMENTO, et al.,
            Defendants.
_____/
```

The court has received the Notice of Related Cases filed July 25, 2007. Examination of the above-entitled actions reveals that all actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action, denominated 2:07-cv-1492 FCD KJM, having already been randomly assigned to Judge Frank C. Damrell Jr., does not require reassignment. However, the matter shall be reassigned to Magistrate Judge John F. Moulds for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:07-cv-1492 FCD JFM.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE