| | |
|---|---|
| 1 | Robert Masuda 146377 |
| 2 | LAW OFFICE OF ROBERT MASUDA<br>1541 Corporate Way, Suite 200 |
| 3 | Sacramento, CA  95831<br>Phone: (916) 391-3400; Fax: (916) 391-3499 |
| 4 | Kelly T. Smith 196821 |
| 5 | THE SMITH FIRM<br>1541 Corporate Way, Suite 100 |
| 6 | Sacramento, CA  95831<br>Phone: (916) 442-2019; Fax: (916) 442-0220 |
| 7 | Attorneys for Plaintiff |
| 8 | LOARRAINE SERVANTES |

## UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE SERVANTES,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>    Defendants.<br><br><br>ROCIO ALVARADO, guardian ad litem for A.D.L., a minor, and A.G.L., a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants | Case No. 2:07−CV−01492−FCD−JFM<br>Case No.: 2:07-CV-00661-GEB-DAD<br><br>**STIPULATION AND ORDER CONSOLIDATING CASES FOR ALL PURPOSES**<br><br>[FRCP 42(a)]<br><br>Date:     March 3, 2008<br>Time:    10:00 a.m.<br>Dept:     2<br><br>**Before the Hon. Frank C. Damrell** |

## STIPULATION

WHEREAS, *Servantez v. County of Sacramento et al.,* case no. 2:07-cv-01492 and *Alvarado v. County of Sacramento,* case no. 2:07-cv-00661 ("the cases") are pending before this court;

WHEREAS, the cases share common facts, in that they both arise from the death of David Lopez, who killed himself while in custody at the Sacramento County Jail;

WHEREAS, the cases share common questions of law, in that they both allege that the Defendants were deliberately indifferent to the deprivation of David Lopez's rights;

WHEREAS, consolidation of these cases for all purposes is appropriate under Federal Rule of Civil Procedure 42(a) because the cases share common facts and questions of law, and consolidation would not prejudice the rights of the parties;

WHEREAS, the parties agree that consolidation of the cases would serve the court's interests in judicial economy and avoiding the risk of inconsistent or duplicative orders in the cases;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

The parties to the action of *Servantes v. County of Sacramento, et al.,* case no. 2:07-cv-01492 and *Alvarado v. County of Sacramento, et al*, case no. 2:07−cv−00661, by and through their respective attorneys, stipulate to the granting of the motion to consolidate the two actions for all purposes.

DATE: _____
KELLY T. SMITH
Attorney for Plaintiff Lorraine Servantes in
*Servantes v. County*

DATE: _____
KELLY T. SMITH
Attorney for Alvarado, guardian ad litem for minor Doe defendants in *Alvarado v. County*

## ORDER

Pursuant to the stipulation to consolidate cases *Servantes v. County of Sacramento, et al.,* case no. 2:07-CV-01492 and *Alvarado v. County of Sacramento, et al*, case no. 2:07−CV−00661, entered into by the parties through their attorneys, it is ordered that the two cases be consolidated for all purposes under the case number 2:07-CV-0661.

IT IS SO ORDERED.

Dated:  February 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE