Robert Masuda, SBN 146377
LAW OFFICE OF ROBERT MASUDA
1541 Corporate Way, Suite 200
Sacramento, CA  95831
Phone: (916) 391-3400; Fax: (916) 391-3499

Kelly T. Smith, SBN 196821
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA  95831
Phone: (916) 442-2019; Fax: (916) 442-0220

Attorneys for Plaintiff
ROCIO ALVARADO, Guardian ad Litem for
A.D.L., a minor, and A.G.L., a minor

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCIO ALVARADO, Guardian ad Litem for A.D.L., a minor, and A.G.L., a minor<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a California municipality, REGENTS OF THE UNIVERSITY OF CALIFORNIA, a constitutional corporation, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, an individual, GREGORY SOKOLOV, M.D, an individual; and DOES 1 – 100, inclusive,<br><br>    Defendants. | Case No.: 2:07cv-0661 FCD GGH<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**EX-PARTE REQUEST**<br><br>[FRCP 17, Eastern District Local Rule 17-202] |

**PETITION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that plaintiff ROCIO ALVARADO will petition the above court for an order to appoint herself as the Guardian Ad Litem for the civil matter regarding the above entitled matter. This ex parte request will be based upon this Petition and the declarations filed with this request.

//

1
**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**

## DECLARATION of PETITIONER

1. I am the parent of A.D.L. and A.G.L. They are minor children, the date of birth of A.D.L. is 7/5/2002 (age 4) and the date of birth of A.G.L. is 1/6/2004 (age 3).

2. A.D.L. and A.G.L. are minors and reside with me. I am the sole guardian and the maternal mother. The father of A.D.L. and A.G.L. is deceased.

3. My address is 4839 Myrtle Avenue, Sacramento, California.

4. I am requesting that this court appoint me as the Guardian ad Litem because the minor children will be pursuing legal action against the County of Sacramento. This action will be based upon the violation of civil rights of the father of the minor children. The legal action will maintain that the death of the father of the minor children, which occurred while he was in the care and custody of the Sacramento County Jail, was preventable. The minor children are unable to make important decisions such as legal and financial decisions in their lives.

5. I consent to being appointed as guardian ad litem.

I Declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 4, 2007               Signed:     /s/ Rocio Alvarado

## ACKNOWLEDGEMENT OF PETITIONER'S ATTORNEY

The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the persons she will represent and has no interest of these interests.

Date: April 4, 2007               LAW OFFICE OF ROBERT MASUDA

_/s/ Robert Masuda
ROBERT MASUDA
Attorney for Plaintiff
ROCIO ALVARADO

**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**

## ORDER

THE COURT FINDS that it is reasonable and necessary to appoint ROCIO ALVARADO as guardian ad litem for the above entitle action.

IT IS SO ORDERED.

DATED: March 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE