UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROCIO ALVARADO, guardian ad litem for A.D.L., a minor, and A.G.L., a minor,

       Plaintiff,

  v.

COUNTY OF SACRAMENTO, a California municipality, et al.,

       Defendants.

NO. CIV. S-07-0661 FCD/JFM

ORDER

----oo0oo----

    This matter is before the court on plaintiff's motion for appointment of new guardian ad litem. In support of the motion, plaintiff has submitted (1) the declarations of Rocio Alvarado ("Alvarado"), the current guardian ad litem, Elaine Servantez ("Servantez"), the proposed guardian ad litem, Jose F. Vergara, counsel for the minor plaintiffs; and (2) a stipulation signed by both Alvarado and Servantez, providing that Alvarado no longer wishes to be guardian ad litem for her children due to time constraints caused by her employment and the personal care of the minor plaintiffs and that Servantez is willing to become the new

1

1 | guardian ad litem.  Defendants do not oppose the motion.  In
2 | light of the submissions of the parties, and good cause having
3 | been shown, plaintiff's motion for appointment of new guardian ad
4 | litem is GRANTED.  Plaintiffs A.D.L. and A.G.L.'s new guardian ad
5 | litem shall be Elaine Servantez.
6 |     IT IS SO ORDERED.
7 | DATED: October 7, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE