1  Robert Masuda 146377
   LAW OFFICE OF ROBERT MASUDA
2  1541 Corporate Way, Suite 200
   Sacramento, CA  95831
3  Telephone: (916) 391-3400
   Facsimile: (916) 391-3499
4
5  Kelly T. Smith 196821
   Jose F. Vergara 251342
   THE SMITH FIRM
6  1541 Corporate Way, Suite 100
   Sacramento, CA  95831
7  Telephone: (916) 442-2019
   Facsimile: (916) 442-0220
8
9  Attorneys for Plaintiffs,
   ELAINE SERVANTEZ, guardian ad litem for A.D.L. (male) and A.G.L. (female), and
10 LORRAINE SERVANTEZ

11 **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L. (male), a minor, and A.G.L. (female), a minor | Case No. 2:07-CV-00661-FCG-JFM |
| Plaintiff, | **ORDER ENDORSING THE STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE** |
| vs. | [FRCP 16] |
| COUNTY OF SACRAMENTO et al, | |
| Defendants. | <u>Initial Trial Date:</u><br>September 1, 2009 |
| LORRAINE SERVANTEZ, | |
| Plaintiff, | |
| vs. | |
| COUNTY OF SACRAMENTO, et al, | |
| Defendants. | |

1
ORDER

# ORDER

This court has reviewed the stipulation by all parties to extend the discovery cut-off date beyond December 1, and finding that good cause for the order having been shown; therefore,

IT IS ORDERED that the stipulation to extend discovery cut-off date is endorsed by this court, and that the June 13, 2008 pretrial scheduling order is modified as reflecting the following changes:

a) All discovery is to be completed by December 15, 2008.
b) Expert disclosure is to be completed by January 7, 2009.
c) List of expert witnesses is to be supplemented by January 16, 2009.
d) All expert discovery is to be completed by February 17, 2009.

DATED: November 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE