Robert Masuda 146377
LAW OFFICE OF ROBERT MASUDA
1541 Corporate Way, Suite 200
Sacramento, CA  95831
Phone: (916) 391-3400; Fax: (916) 391-3499

Kelly T. Smith 196821
Jose F. Vergara 251342
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA  95831
Telephone: (916) 442-2019
Facsimile: (916) 442-0220

Attorneys for Plaintiffs
ELAINE SERVANTEZ, guardian ad litem for A.D.L. (male) and A.G.L. (female), and LORRAINE SERVANTEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L. (male), a minor, and A.G.L. (female), a minor<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO et al,<br><br>        Defendants.<br><br><br>LORRAINE SERVANTEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>        Defendants. | Case No. 2:07-CV-00661-FCD-JFM<br><br>**ORDER ENDORSING THE STIPULATION TO EXTEND EXPERT DISCLOSURE DATE**<br><br>[FRCP 16, FRCP 29 Eastern District Local Rule 6-144]<br><br>Initial Trial Date:<br>September 1, 2009<br><br>**Before the Hon. Frank C. Damrell, Jr.** |

1 **<u>ORDER</u>**

3  This court has reviewed the stipulation by all parties to extend the expert disclosure date beyond January 7, 2009, and finding that good cause for the order having been show; therefore:

 IT IS ORDERED that the stipulation to extend the expert disclosure date is endorsed by this court, and that the pretrial scheduling order is modified as reflecting the following changes:

 a) Expert disclosure is to be completed by January 16, 2009.

 b) List of experts is to be supplemented by January 23, 2009.

 c) All expert discovery is to be completed by February 24, 2009.

DATED: January 12, 2009  _____
                                   FRANK C. DAMRELL JR.
                                   UNITED STATES DISTRICT JUDGE.