1 | Robert Masuda 146377
2 | LAW OFFICE OF ROBERT MASUDA
  | 1541 Corporate Way, Suite 200
3 | Sacramento, CA  95831
  | Telephone: (916) 391-3400
4 | Facsimile: (916) 391-3499

5 | Kelly T. Smith 196821
  | Jose F. Vergara 251342
6 | THE SMITH FIRM
  | 1541 Corporate Way, Suite 100
7 | Sacramento, CA  95831
  | Telephone: (916) 442-2019
8 | Facsimile: (916) 442-0220

9 | Attorneys for Plaintiffs,
  | ELAINE SERVANTEZ, guardian ad litem for A.D.L. (male) and A.G.L. (female), and
10 | LORRAINE SERVANTEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L. (male), a minor, and A.G.L. (female), a minor<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO et al,<br><br>    Defendants. | Case No. 2:07-CV-00661-FCG-JFM<br><br>**ORDER OF DISMISSAL**<br>OF DEFENDANTS ADAM TAYLOR, MARK HOPKINS, JOHN MCGINNESS AND DALE KRAMER<br><br>[FRCP 41(a)(1)]<br><br>**Before the Hon. Frank C. Damrell, Jr.** |
| LORRAINE SERVANTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>    Defendants. | |

**ORDER**

IT IS HEREBY ORDERED that pursuant to FRCP §41(a)(1) and the stipulation by the parties, that in the case no. 2:07-CV-00661 dismissal is entered with prejudice in regards to defendants Adam Taylor, Mark Hopkins, Sacramento County Sheriff John McGinness, and Dale Kramer.

Pursuant to the stipulation by the parties, the Court further orders that defendants cannot seek costs or fees for the dismissal of defendants Adam Taylor, Mark Hopkins, Sacramento County Sheriff John McGinness, and Dale Kramer.

Date: January 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE