VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento,
Sheriff John McGinness, Brian Moore, Adam Taylor,
Wayne Kitade and Dale Kramer

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| A.D.L., a minor, and A.G.L., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a California municipality, REGENTS OF THE UNIVERSITY OF CALIFORNIA, a constitutional corporation, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, an individual, GREGORY SOKOLOV, M.D., an individual, and DOES 1-100, inclusive,<br><br>    Defendants.<br><br>LORRAINE SERVANTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>    Defendants. | **Case No. 2:07-CV-00661 FCD JFM**<br>[Consolidated with Case No. 2:07-cv-01492]<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

Plaintiffs, Lorraine Servantez and Elaine Servantez, as Guardian Ad Litem for A.D.L. and A.G.L., by and through their attorney, Kelly T. Smith of The Smith Law Firm, Defendants Gregory Sokolov, M.D., Mark Hopkins and Mark Sussman, by and through their attorney, Robert Tyler of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, and Defendants, County of Sacramento, Sheriff John McGinness, Brian Moore, Adam Taylor, Wayne Kitade and Dale Kramer (County Defendants), by and through their attorney of record, Van Longyear, of

1  Longyear O'Dea & Lavra, LLP, hereby submit this Stipulation and Proposed Order for
2  Modification of the Pretrial Scheduling Order.
3     Due to several scheduling conflicts between counsel and expert witnesses in the month of
4  February, counsel has agreed to stipulate to the following:
5  IT IS HEREBY STIPULATED by and between the parties:
6     1.   That the deadline for expert discovery be extended to *March 6, 2009*:
7     2.   That the deadline to notice dispositive motions be extended to *April 7, 2009*;
8     3.   That the deadline to file and serve an opposition to dispositive motions be
9          extended to *May 5, 2009*;
10    4.   That the deadline to file and serve a reply to an opposition to dispositive motions
11         be extended to May 15, 2009;
12    5.   That the dispositive motion hearing deadline be extended to *May 22, 2009*;
13    The pre-trial conference is scheduled for June 19, 2009.  Trial is scheduled for September
14 1, 2009.
15    The parties believe that the existing pre-trial conference date of June 19, 2009 can be
16 met. However, counsel recognizes that the Court may find it necessary to reschedule the pre-trial
17 conference.
18 **IT IS SO STIPULATED:**
19 Dated: February 11, 2009          LONGYEAR, O'DEA & LAVRA, LLP

21                                    By:   /s/ Van Longyear
22                                          VAN LONGYEAR
                                            Attorneys for Defendants County of Sacramento,
                                            Sheriff John McGinness, Brian Moore, Adam
23                                          Taylor, Wayne Kitade and Dale Kramer

25 Dated: February 11, 2009          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

27                                    By:   /s/ Robert Tyler
                                            Robert Tyler
28                                          Attorney for Defendants Gregory Sokolov, M.D.,
                                            Mark Hopkins and Mark Sussman

Dated: February 11, 2009        THE SMITH LAW FIRM

By:   /s/ Kelly T. Smith
    Kelly T. Smith
    Attorney for Plaintiffs, Lorraine Servantez and
    Elaine Servantez, as Guardian Ad Litem for A.D.L.
    and A.G.L.

## ORDER

1. That the deadline for expert discovery be extended to **March 6, 2009:**

2. That the deadline to notice dispositive motions be extended to **April 28, 2009**;

3. That the deadline to file and serve an opposition to dispositive motions be extended to **May 15, 2009**;

4. That the deadline to file and serve a reply to an opposition to dispositive motions be extended to **May 22, 2009**;

5. That the dispositive motion hearing deadline be extended to **May 29, 2009;**

6. The Final Pretrial is reset for **August 7, 2009 at 2:00 p.m.**; and

7. The Jury Trial date is reset for **October 6, 2009 at 9:00 a.m.**

Dated: February 11, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE