VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento,
Sheriff John McGinness, Brian Moore, Adam Taylor,
Wayne Kitade and Dale Kramer

**UNITED STATES DISTRICT COURT EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| A.D.L., a minor, and A.G.L., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a California municipality, REGENTS OF THE UNIVERSITY OF CALIFORNIA, a constitutional corporation, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, an individual, GREGORY SOKOLOV, M.D., an individual, and DOES 1-100, inclusive,<br><br>Defendants.<br><br>LORRAINE SERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | **Case No. 2:07-CV-00661 FCD JFM**<br>[Consolidated with Case No. 2:07-cv-01492]<br><br><br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

Plaintiffs, Lorraine Servantez and Elaine Servantez, as Guardian Ad Litem for A.D.L. and A.G.L., by and through their attorney, Kelly T. Smith of The Smith Law Firm, Defendants Gregory Sokolov, M.D., Mark Sussman, by and through their attorney, Robert Tyler of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, and Defendants, County of Sacramento, Brian Moore, and Wayne Kitade, by and through their attorney of record, Van Longyear, of Longyear O'Dea

& Lavra, LLP, hereby submit this Stipulation and Proposed Order for Modification of the Pretrial Scheduling Order.

Due to several scheduling conflicts between all counsel and expert witnesses, as well as trial calendar conflicts during the month of October 2009 and due to the recently discovered name of a potential witness defendant County of Sacramento has agreed to make available for deposition, counsel has agreed to stipulate to the following:

IT IS HEREBY STIPULATED by and between the parties:

1. That the deadline for expert discovery be extended to *March 13, 2009* for the purpose of noticing and taking the deposition of plaintiffs' expert Daniel Vasquez [the deposition of Daniel Vasquez is currently scheduled for March 13, 2009];

2. That discovery be re-opened until *March 13, 2009* for the purpose of the following:

   A.) Noticing and taking the deposition of Officer Tina Frennette with a request for production of documents requesting documents related to Officer Frennette only. Defendant County of Sacramento agrees to waive the notice time with respect to the request for production of documents to Officer Frennette pursuant to FRCP 34;

   B.) To allow plaintiffs to amend responses to interrogatories with respect to interrogatories related to Officer Frennette *only*; and

   C.) To allow Defendants Gregory Sokolov M.D. and Mark Sussman to serve Rule 26 Initial Disclosures;

3. That the Pretrial Conference be rescheduled for January 22, 2010, at 1:30 PM;

4. That the trial be rescheduled for March 23, 2010, at 9:00 AM.

**IT IS SO STIPULATED:**

Dated: March 2, 2009        LONGYEAR, O'DEA & LAVRA, LLP

By:   /s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants County of Sacramento, Sheriff John McGinness, Brian Moore, Adam Taylor, Wayne Kitade and Dale Kramer

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

Dated: March 2, 2009         WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: /s/ Robert Tyler
    Robert Tyler
    Attorney for Defendants Gregory Sokolov, M.D.,
    Mark Hopkins and Mark Sussman

Dated: March 2, 2009         THE SMITH LAW FIRM

By: /s/ Jose F. Vergara
    Kelly T. Smith
    Jose F. Vergara
    Attorney for Plaintiffs, Lorraine Servantez and
    Elaine Servantez, as Guardian Ad Litem for A.D.L.
    and A.G.L.

**IT IS SO ORDERED.**

Dated: March 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE