VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
AMANDA BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento,
Brian Moore, and Wayne Kitade

# UNITED STATES DISTRICT COURT EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L., a minor, and A.G.L., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a California municipality, REGENTS OF THE UNIVERSITY OF CALIFORNIA, a constitutional corporation, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, an individual, GREGORY SOKOLOV, M.D., an individual, and DOES 1-100, inclusive,<br><br>Defendants.<br><br>LORRAINE SERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | Case No. 2:07-CV-00661 FCD JFM<br><br>**AMENDED STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

Plaintiffs, Lorraine Servantez and Elaine Servantez, as Guardian Ad Litem for A.D.L. and A.G.L., by and through their attorney, Kelly T. Smith of The Smith Law Firm, Defendants Gregory Sokolov, M.D., Mark Sussman, by and through their attorney, Robert Tyler of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, and Defendants, County of Sacramento, Brian Moore,

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1 and Wayne Kitade, by and through their attorney of record, Van Longyear, of Longyear O'Dea
2 & Lavra, LLP, hereby submit this Stipulation and Proposed Order for Modification of the
3 Pretrial Scheduling Order.

4 Due to the complicated nature of this case and difficulties encountered in obtaining
5 authorizations and signatures for declarations, Defendants County of Sacramento, Brian Moore,
6 and Wayne Kitade require an additional day to file a motion for summary judgment.

7 As a result, the parties stipulate to modify the scheduling order, dated February 11, 2009,
8 docket no. 50. The order previously called for dispositive motions to be noticed on or before
9 April 28, 2009. The parties agree to modify the order to permit defendants to file a motion for
10 summary judgment today, April 29, 2009.

11 As a consequence, the parties agree to provide an additional day to file an opposition to
12 defendants' motion for summary judgment. Thus, the deadline to file and serve an opposition is
13 extended to May 18, 2009. The deadline to file and serve a reply to an opposition remains May
14 22, 2009.

**IT IS SO STIPULATED.**

Dated: April 30, 2009            LONGYEAR, O'DEA & LAVRA, LLP

                                 By:   /s/ Van Longyear

                                 VAN LONGYEAR
                                 Attorneys for Defendants County of Sacramento,
                                 Brian Moore, and Wayne Kitade

Dated: April 30, 2009            WILKE, FLEURY, HOFFELT, GOULD & BIRNEY

                                 By:   /s/ Robert Tyler

                                 ROBERT TYLER
                                 Attorney for Defendants Gregory Sokolov, M.D.,
                                 Mark Hopkins and Mark Sussman

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

Dated: April 30, 2009   THE SMITH LAW FIRM

By:   /s/ Kelly Smith

KELLY T. SMITH
Attorney for Plaintiffs, Lorraine Servantez and
Elaine Servantez, as Guardian Ad Litem for A.D.L.
and A.G.L.

## ORDER

1. The deadline for defendants County of Sacramento, Brian Moore, and Wayne Kitade to notice a motion for summary judgment be extended to **April 29, 2009**;

2. The deadline to file and serve an opposition to defendants County of Sacramento, Brian Moore, and Wayne Kitade's motion for summary judgment be extended to **May 18, 2009**; and

3. The deadline to file and serve a reply to an opposition to motion for summary judgment remains **May 22, 2009.**

**IT IS SO ORDERED.**

Dated: April 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE