1  Robert Masuda 146377
   LAW OFFICE OF ROBERT MASUDA
2  1541 Corporate Way, Suite 200
   Sacramento, CA 95831
3  Telephone: (916) 391-3400
   Facsimile: (916) 391-3499
4
5  Kelly T. Smith 196821
   Jose F. Vergara 251342
6  THE SMITH FIRM
   1541 Corporate Way, Suite 100
7  Sacramento, CA 95831
   Telephone: (916) 442-2019
8  Facsimile: (916) 442-0220

9  Attorneys for Plaintiffs,
   ELAINE SERVANTEZ, guardian ad litem for A.D.L. (male) and A.G.L. (female), and
10 LORRAINE SERVANTEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L. (male), a minor, and A.G.L. (female), a minor<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO et al,<br><br>    Defendants. | Case No. 2:07-CV-00661-FCD-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFFS' OPPOSITION DUE DATE TO SOKOLOV AND SUSSMAN MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION**<br><br>[FRCP 16, 56] |
| LORRAINE SERVANTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>    Defendants. | <u>Summary judgment hearing date:</u><br>Date:    May 29, 2009<br>Time:    10:00 a.m.<br>Dept:    2<br><br>**Before the Hon. Frank C. Damrell, Jr.** |

**STIPULATION**

Plaintiffs in the above consolidated cases, Elaine Servantez, guardian ad litem, and Lorraine Servantez, through their counsel, and defendants Gregory Sokolov, M.D. and Mark Sussman, through their respective counsel, hereby stipulate to continue the date due for plaintiffs' opposition briefing to the motion for summary judgment and summary adjudication filed by defendants Sokolov and Sussman.

Defendants County of Sacramento, Wayne Kitade and Brian Moore previously obtained an order extending the date due for filing of their motion for summary judgment, and providing to extend plaintiffs' opposition from May 15 to May 18, 2009.

As plaintiffs anticipate filing a joint memorandum directed to both the summary judgment motions currently set for hearing May 29, 2009, plaintiffs seek the Court's order to also continue the due date for the opposition to the summary judgment motion of Sokolov and Sussman to May 18, 2009.

.

DATE: May 7, 2009    By: _____/s/_____
                         KELLY T. SMITH
                         Attorney for Plaintiffs
                         Lorraine Servantez and Elaine Servantez, as
                         guardian ad litem for A.D.L. and A.G.L

DATE: May 7, 2009    By: _____/s/_____
                         ROBERT TYLER
                         Attorney for Defendants
                         Gregory Sokolov and Mark Sussman

**ORDER**

IT IS HEREBY ORDERED that that the opposition briefing on the motion for summary judgment and summary adjudication of defendants Gregory Sokolov and Mark Sussman is continued from May 15 to May 18, 2009; all other schedule dates of the current case management order shall remain in effect.

DATED: May 12, 2009    _____
                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE