Robert Masuda 146377
LAW OFFICE OF ROBERT MASUDA
1541 Corporate Way, Suite 200
Sacramento, CA 95831
Telephone: (916) 391-3400
Facsimile: (916) 391-3499

Kelly T. Smith 196821
Jose F. Vergara 251342
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA 95831
Telephone: (916) 442-2019
Facsimile: (916) 442-0220

Attorneys for Plaintiffs,
ELAINE SERVANTEZ, guardian ad litem for A.D.L. (male) and A.G.L. (female), and
LORRAINE SERVANTEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L. (male), a minor, and A.G.L. (female), a minor<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO et al,<br><br>Defendants. | Consolidated case 2:07-CV-00661 FCD JFM<br><br>**ORDER GRANTING TO EXCEED PAGE LIMIT FOR OPPOSITION TO THE MOTIONS FOR SUMMARY JUDGMENT**<br><br>[FRCP 16, 56] |
| LORRAINE SERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>Defendants. | Hearing:<br>Date: May 29, 2009<br>Time: 10:00 a.m.<br>Dept: 2<br><br>**Before the Hon. Frank C. Damrell, Jr.** |

## MOTION

Plaintiffs in the above consolidated cases, Elaine Servantez, guardian ad litem, and Lorraine Servantez, hereby move the Court for an order allowing plaintiffs to exceed the 20-page limit on opposition briefing to the motions for summary judgment filed for hearing here on May 29, 2009.

The County of Sacramento defendants were granted their request to exceed the page limit for the motion and filed Points and Authorities of 28 pages in length. Defendants Sokolov and Sussman were also granted their request to exceed the page limit and filed a motion memorandum of 30 pages length.

Plaintiffs will file a joint brief opposing both the County and Sokolov/Sussman motions. Currently the length of the plaintiffs' opposition brief is 37 pages, with several significant sections to finalize. By combining plaintiffs' opposition to the two different motions, duplication is reduced. However, plaintiffs must address different arguments brought by the two opposition motions. Plaintiffs must also address each of the different defendants.

Plaintiffs respectfully therefore request that they be allowed to exceed the page limit and file a Memorandum of Points & Authorities of no more than 40 pages in length.

.

Dated: May 15, 2009

_____/s/_____
KELLY T. SMITH
Attorney for Plaintiffs

## ORDER

IT IS HEREBY ORDERED that plaintiffs are granted their request to exceed the 20-page limit for the memorandum of plaintiffs in opposition to the motions for summary judgment and summary adjudication filed by defendants Gregory Sokolov and Mark Sussman, and the County of Sacramento, Wayne Kitade and Brian Moore and set for hearing on May 29, 2009, with plaintiffs memorandum not to exceed 40 pages.

**IT IS SO ORDERED.**

Dated: May 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE