Robert Masuda 146377
LAW OFFICE OF ROBERT MASUDA
1541 Corporate Way, Suite 200
Sacramento, CA 95831
Telephone: (916) 391-3400
Facsimile: (916) 391-3499

Kelly T. Smith 196821
Jose F. Vergara 251342
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA 95831
Telephone: (916) 442-2019
Facsimile: (916) 442-0220

Attorneys for Plaintiffs,
ELAINE SERVANTEZ, guardian ad litem for A.D.L. (male) and A.G.L. (female), and
LORRAINE SERVANTEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ALVARADO, guardian ad litem for A.D.L. (male), a minor, and A.G.L. (female), a minor<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO et al,<br><br>Defendants.<br><br>LORRAINE SERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>Defendants. | Consolidated case 2:07-CV-00661-FCD-JFM<br><br>**ORDER**<br><br>TO JOIN RACHEL TOLOSA AS A PLAINTIFF, AND AMEND THE COMPLAINT TO CONFORM<br><br>[FRCP 16, FRCP 19]<br><br><u>Initial Trial Date:</u><br>March 23, 2010 |

1

**<u>ORDER</u>**

This court has reviewed the stipulation by all parties to permit the joinder of Astrid Tolosa, as guardian *ad litem* for Rachel Tolosa as a plaintiff in this matter to the second amended complaint filed by plaintiff Lorraine Servantez and to amend her second amended complaint to conform to the joinder of Rachel Tolosa, and finding that good cause for the order having been shown; therefore,

IT IS HEREBY ORDERED that:

a) Plaintiff Lorraine Servantez is granted leave to join Astrid Tolosa, as guardian *ad litem* for Rachel Tolosa as a plaintiff in this matter;

b) Plaintiff Lorraine Servantez is granted leave to conform her second amended complaint to reflect Astrid Tolosa, as guardian *ad litem* for Rachel Tolosa;

c) The prior answers by defendants will apply with equal force to the second amended complaint by Lorraine Servantez and Astrid Tolosa, guardian *ad litem* for Rachel Tolosa, and to the first amended complaint by minors A.D.L. and A.G.L., through their guardian *ad litem*.

.

DATED: May 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE