1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT  EASTERN DISTRICT
## OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| A.D.L., a minor, and A.G.L., a minor, ) | Case No. 2:07-CV-00661 FCD JFM |
| Plaintiffs, ) | |
| vs. ) | **ORDER REGARDING STIPULATION FOR COURT APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS** |
| COUNTY OF SACRAMENTO, a California municipality, REGENTS OF THE UNIVERSITY OF CALIFORNIA, a constitutional corporation, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, an individual, GREGORY SOKOLOV, M.D., an individual, and DOES 1-100, inclusive, ) | |
| Defendants. ) | |
| LORRAINE SERVANTEZ, ) | |
| Plaintiff, ) | |
| vs. ) | |
| COUNTY OF SACRAMENTO, et al. ) | |
| Defendants. ) | |

   A settlement was reached between plaintiffs and County Defendants. County Defendants agreed to pay the sum of three-thousand five hundred dollars ($3,500.00) and a waiver of costs incurred by defendants, in the amount of thirty-thousand ninety-five dollars and thirty-eight cents ($30,095.38), which is disputed by plaintiffs, for full settlement of the action.

1 | Plaintiffs and defendants, through their respective counsel, have filed a Stipulation for
2 | Court Approval of Settlement of Minor's Claims. Good cause appearing, IT IS HEREBY
3 | ORDERED that the request for court approval of the stipulation regarding settlement of minor's
4 | claims, is GRANTED.
5 | **IT IS SO ORDERED**.

7 | Dated: October 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE