UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| A.D.L., a minor, and A.G.L., a minor, | Case No. 2:07-CV-00661 FCD JFM |
| Plaintiffs, | |
| vs. | **ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| COUNTY OF SACRAMENTO, a California municipality, REGENTS OF THE UNIVERSITY OF CALIFORNIA, a constitutional corporation, SACRAMENTO COUNTY SHERIFF JOHN MCGINNESS, an individual, GREGORY SOKOLOV, M.D., an individual, and DOES 1-100, inclusive, | |
| Defendants. | |
| LORRAINE SERVANTEZ, | |
| Plaintiff, | |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |

**IT IS SO ORDERED**. This entire action is dismissed with prejudice as to all defendants. All parties to bear his, her or its own costs and attorneys' fees.

Dated: November 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE